# U.S. Bankruptcy Court Eastern District of Kentucky
## Transcript Request Form
PLEASE COMPLETE FORM

| 1. Date: 6/28/2023 | 2. Name: Mary Elisabeth Naumann | 3. Phone Number: 859-255-9500 |
|---|---|---|
| 4. Mailing Address: Jackson Kelly PLLC, 100 W. Main Street, Suite 700 | 5. City: Lexington | 6. State/Zip: KY 40507 |
| 7. Case/Adversary Number: 23-7002 | 8. Case Name: Inmet Mining, LLC | 9. Judge Assigned: Gregory R. Schaaf |
| 10. Date of Proceeding: 6/27/2023 | 11. Location of Proceeding: Lexington Courtroom | |

**12. Transcript Requested** (Specify portion(s) for which transcript is requested):

- [x] Entire Hearing:
- [ ] Ruling of the Court:
- [ ] Other:

**13. Category** (See Maximum Transcript Fee Rates as set by the Judicial Conference of the US on KYEB website for explanation of transcript order types below.) Please check one:
- [ ] Ordinary
- [x] Expedited
- [ ] Hourly
- [ ] 3 Calendar Days
- [ ] 14 Day
- [ ] Daily
- [ ] Realtime

**14. Comments/Special Instructions:**

**15. Request transcript be emailed to:**
ble@jacksonkelly.com
mnaumann@jacksonkelly.com

**16. Select transcriptionist from list/indicate below:**
Veritext Legal Solutions

**17. Signature:** /s/ Mary Elisabeth Naumann
Mary Elisabeth Naumann

**18. Date:** 6/28/2023

## COMPLETE and DOCKET TO CM/ECF
Court will forward request to transcriptionist indicated above.
Questions? Email transcript@kyeb.uscourts.gov